

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-16-00001-CV

| | | |
|---|---|---|
| Braums, Inc. | § | From the 17th District Court |
| | § | of Tarrant County (017-270194-14) |
| v. | | |
| | § | February 25, 2016 |
| Angelita Sifuentes | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and the parties' "Joint Motion to Vacate and Render Judgment Pursuant to Settlement" and holds that the motion should be granted and the cause should be dismissed. Without regard to the merits and effectuating the parties' settlement agreement, we vacate the trial court's judgment and dismiss the cause with prejudice.

Also relying on the settlement agreement, we order that each party shall bear its own costs of the appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot